UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SARAH MILLER, | ) | |
| | ) | |
| *Plaintiff,* | ) | No.: 1:15-cv-00803 |
| | ) | |
| v. | ) | HONORABLE PAUL L. MALONEY |
| | ) | |
| CAROLY W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| *Defendant.* | ) | |

## **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff,

reversing the Commissioner's final decision and remanding this action to the Social Security

Administration for further administrative proceedings, pursuant to the fourth sentence of 42

U.S.C. § 405(g).


DATED: November 30, 2015 .


/s/ Paul L. Maloney
Paul L. Maloney
United Stated District Judge